UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CREDIT ONE FINANCIAL,<br><br>        Defendant(s). | Case No. 2:14-cv-01512-LDG-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 16) |

      Pending before the Court is Plaintiff's proposed discovery plan and scheduling order (Docket No. 16), which is hereby **DENIED** without prejudice. Plaintiff's proposed discovery plan is deficient in numerous ways. First, Plaintiff represents that the parties met and conferred, but were unable to stipulate to the terms for the discovery plan. Docket No. 16, at 2. Pursuant to Local Rule 26-1(d), the parties are to submit a <u>stipulated</u> discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference. Second, Plaintiff's proposed discovery plan fails to include "a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(d). Local Rule 26-1(e)(1) establishes 180 days, measured from the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete discovery. When more than 180 days of discovery are sought, the proposed discovery plan must provide an explanation as to why the parties believe additional time is required. Local Rule 26-1(d). Here, Plaintiff requests 330 days from when Defendant filed its Answer, without providing a reason why a longer time period should apply. Docket No. 16, at 2. Third, Plaintiff's proposed discovery plan

misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See* Docket No. 16 at 5. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline.

Accordingly,

Plaintiff's proposed discovery plan and scheduling order (Docket No. 16) is hereby **DENIED** without prejudice. The parties are **ORDERED** to meet and confer and to submit a stipulated discovery plan and scheduling order, that complies with the Local Rules, no later <u>December 16, 2014</u>.

IT IS SO ORDERED.

DATED: December 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge