UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, | |
| Plaintiff(s), | Case No. 2:14-cv-01512-LDG-NJK |
| vs. | ORDER SETTING HEARING |
| CREDIT ONE FINANCIAL, | (Docket No. 18) |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan and scheduling order filed on December 16, 2014. Docket No. 18. Previously, Plaintiff filed his own proposed discovery plan and scheduling order, which was denied without prejudice. Docket Nos. 16, 17. On December 9, 2014, the Court ordered the parties to meet and confer and submit a stipulated discovery plan that complies with the Local Rules. Docket No. 17. The parties' current plan fails to comply with Local Rule 26-1(d), in that the parties have failed to stipulate to the dates. Docket No. 18. Additionally, the Court specifically stated in its prior order that Plaintiff's proposed discovery plan misstated Local Rule 26-4.[1] Docket No. 17, at 1-2. Nonetheless, the parties subsequently submitted the pending proposed discovery plan and scheduling order which, again, misstates Local Rule 26-4. Docket No. 18, at 3, 6-7.

. . .

---

[1] "Third, Plaintiff's proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See* Docket No. 16 at 5. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline." Docket No. 17, at 1-2.

1   Accordingly,

2   **IT IS ORDERED**:

3   1. The Court hereby **SETS** a hearing on the parties' proposed discovery plan and scheduling
4   order (Docket No. 18) for December 19, 2014, at 3:00 p.m. in Courtroom 3B.

5   2. Alternatively, the filing of a stipulated proposed discovery plan, that complies with the
6   Local Rules, by that date will suffice to vacate this hearing.

7   3. In an effort to ensure future compliance and complete understanding of the Local Rules,
8   the Court hereby **ORDERS** attorneys Leonard Stone, Adam Levitt, Kyle McGee, Patrick
9   Reilly, and Brian Anderson to file a certification with the Court no later than 12:00 p.m. on
10  December 19, 2014, indicating that they have read and comprehend Local Rules 26-1 and
11  26-4. Counsel are advised that similar violations in the future may result in the imposition
12  of sanctions.

13  DATED: December 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge