# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

William Bridge, individually and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

Credit One Financial, a Nevada Corporation d/b/a Credit One Bank, N.A.,

    Defendant(s).

Case #2:14-cv-01512-LDG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Stephen F. Taylor_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Lemberg Law, LLC
(firm name)

with offices at     1100 Summer Street, 3rd Floor
(street address)

Stamford, Connecticut, 06905
(city)     (state)     (zip code)

203-653-2250, staylor@lemberglaw.com
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

William Bridge to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since May 16, 2008 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Connecticut (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | April 30, 2010 | 4835518 |
| District of Connecticut | April 5, 2013 | CT29193 |
| Southern District of New York | June 29, 2010 | ST2743 |
| Eastern District of New York | June 29, 2010 | ST2743 |
| Northern District of New York | October 1, 2010 | 302951 |
| Eastern District of Texas | January 31, 2012 | 428505 |
| Northern District of Texas | March 8, 2012 | 428505 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 8/14

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Connecticut Bar Associations, New York Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 4, 2012 | Mike Coers v. CCCS | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Connecticut___ )
COUNTY OF ___Fairfield___ )

___Stephen Taylor___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___4th___ day of ___February___, ___2015___.

___Alvi Mutt___ Commissioner of the Superior Court
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Leonard H. Stone___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___710 South Fourth Street___,
(street address)
___Las Vegas___, ___Nevada___, ___89101___,
(city)        (state)        (zip code)
___702-385-2220___, ___lstone@shookandstone.com___
(area code + telephone number)    (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Leonard H. Stone_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Stephen Taylor, attorney
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV Bar No. 5791         lstone@shookandstone.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

## Stephen Taylor Bar Admissions, Continued

| *Jurisdiction* | *Date Admitted* | *Bar Number* |
| --- | --- | --- |
| Southern District of Texas | September 18, 2012 | CT428505 |

# State of Connecticut
# Supreme Court

I, *Paul S. Hartan*, Acting Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at Hartford on the 16th day of May, 2008.

Stephen Finbar Taylor

of

Ridgefield, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day December 26, 2014.



Paul S. Hartan
*Acting Chief Clerk*



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stephen Finbar Taylor

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 30th day of April, 2010, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 29th day of December, 2014.



Robert D. Mayberger
Clerk