# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE,                                    )<br>                                                   )<br>            Plaintiff(s),                          )<br>                                                   )<br>vs.                                                )<br>                                                   )<br>CREDIT ONE FINANCIAL,                               )<br>                                                   )<br>            Defendant(s).                          )<br>_____  ) | Case No. 2:14-cv-01512-LDG-NJK<br><br>**ORDER**<br><br>(Docket No. 40) |

Pending before the Court is a stipulation to extend various deadlines, Docket No. 40, which is hereby DENIED, *see* Local Rule 26-4 (stipulations to extend must include a statement specifying the discovery completed and the discovery that remains to be completed).

IT IS SO ORDERED.

DATED: February 20, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE