Patrick J. Reilly
Nevada Bar No. 6103
Brian G. Anderson
Nevada Bar No. 10500
R. Calder Huntington
Nevada Bar No. 11996
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com
bganderson@hollandhart.com
rchuntington@hollandhart.com

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a Nevada Corporation d/b/a CREDIT ONE BANK, N.A.<br><br>Defendant. | CASE NO.:  2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR CREDIT ONE FINANCIAL TO FILE REPLY TO MOTION TO STAY ACTION PURSUANT TO PRIMARY JURISDICTION DOCTRINE [Dkt. 27]**<br><br>**(FIRST REQUEST)** |

Defendant Credit One Bank, N.A. ("Credit One") and Plaintiff William Bridge ("Plaintiff"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rules 6-1, 6-2, and 7-1, hereby stipulate and agree to continue the deadline for Credit One to file a Reply to its Motion to Stay Action Pursuant to the Primary Jurisdiction Doctrine Pending the Outcome of Petitions Currently Before the FCC ("Motion to Stay") (Dkt. No. 27), filed on February 2, 2015, and state as follows:

1. Plaintiff filed his Response to Credit One's Motion to Stay on February 24, 2015 (Dkt. No. 50) and Credit One's Reply brief deadline is currently scheduled for March 6, 2015.

1

7576987_1

2. Due to scheduling conflicts and prescheduled travel arrangements of Credit One's counsel, Credit One requests an additional week to file its Reply brief.

3. The parties, by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate to extend the deadline for Credit One's Reply brief from Mach 6, 2015 to **March 13, 2015**.

This stipulation for extension of time is not interposed merely for delay, and is made in good faith between the parties hereto.

**IT IS SO STIPULATED**:

HOLLAND & HART LLP

  /s/ Brian G. Anderson
PATRICK J. REILLY (NBN 6103)
BRIAN G. ANDERSON (NBN 10500)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
*Attorneys for Defendant*

GRANT & EISENHOFER P.A.

  /s/ Kyle J. McGee
ADAM J. LEVITT (admitted pro hac vice)
KYLE J. McGEE (admitted pro hac vice)
30 N. LaSalle Street, Suite 1200
Chicago, IL  60602
*Attorneys for Plaintiff*

SHOOK & STONE, CHTD.

  /s/ Leonard H. Stone
LEONARD H. STONE (NBN 5791)
MICHAEL P. O'ROURKE (NBN 6764)
7109 S. Fourth Street
Las Vegas, NV  89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: February 27, 2015

2

7576987_1