
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM BRIDGE, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-01512-LDG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CREDIT ONE FINANCIAL, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Defendant's motion to seal.  Docket No. 68.  Defendant failed to provide specific facts supported by declarations or concrete examples to establish sufficient good cause for redacting page 135 of the deposition of Gary Harwood.  *See id.*  Accordingly, Defendant is **ORDERED** to provide supplemental briefing, no later than May 8, 2015, to establish, if it can, a "particularized showing" of "good cause" to redact page 135, sufficient to overcome the presumption of public access.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003)); *see also Pintos v. Pac. Creditors Assoc.*, 605 F.3d 665, 678 (9th Cir. 2010).

IT IS SO ORDERED.

DATED: May 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge