Patrick J. Reilly
Nevada Bar No. 6103
Brian G. Anderson
Nevada Bar No. 10500
R. Calder Huntington
Nevada Bar No. 11996
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com
bganderson@hollandhart.com
rchuntington@hollandhart.com

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a Nevada Corporation d/b/a CREDIT ONE BANK, N.A.<br><br>Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Credit One Bank, N.A. ("Credit One") and Plaintiff William Bridge ("Plaintiff"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 6-1, hereby stipulate to extend the time for Credit One to file its response to Plaintiff's First Amended Complaint (Dkt. No. 95), filed June 25, 2014, and state as follows:

- Plaintiff filed his First Amended Complaint on June 25, 2014 and Credit One's response deadline is currently July 24, 2015. (Dkt. Nos. 94, 95).
- Due to scheduling conflicts and travel arrangements, Credit One's counsel requested, and Plaintiff's counsel agreed, to extend Credit One's response

1

7928543_1

deadline for two weeks whereby Credit One's deadline to file its response to Plaintiff's First Amended Complaint will be extended to August 7, 2015.

- This Stipulation is submitted prior to the expiration of the period originally provided for the filing of Credit One's response to the First Amended Complaint, is not interposed merely for delay, and is made in good faith between the parties hereto.
- Credit One has not made a similar prior request.

WHEREFORE, the parties agree to extend the deadline for Credit One to respond to Plaintiff's First Amended Complaint from July 24, 2015 to **August 7, 2015**.

**IT IS SO STIPULATED**:

| HOLLAND & HART LLP | GRANT & EISENHOFER P.A. |
|---|---|
| /s/ Brian G. Anderson | /s/ Kyle J. McGee |
| PATRICK J. REILLY (NBN 6103) | ADAM J. LEVITT (admitted *pro hac vice*) |
| BRIAN G. ANDERSON (NBN 10500) | KYLE J. McGEE (admitted *pro hac vice*) |
| R. CALDER HUNTINGTON (NBN 11996) | 30 N. LaSalle Street, Suite 1200 |
| 9555 Hillwood Drive, 2nd Floor | Chicago, IL 60602 |
| Las Vegas, NV 89134 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

SHOOK & STONE, CHTD.

 /s/ Leonard H. Stone
LEONARD H. STONE (NBN 5791)
MICHAEL P. O'ROURKE (NBN 6764)
7109 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: 22 July 2015

2

7928543_1