JOINTLY SUBMITTED

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Bridge, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br>vs.<br><br>Credit One Bank, N.A.,<br><br>Defendant. | Case No.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUPPORT OR WITHDRAW CONFIDENTIALITY DESIGNATIONS** |

The parties to the above-captioned action respectfully submit the following joint Stipulation and Proposed Order for the Court's consideration and approval:

WHEREAS, on March 31, 2015, the Court entered an Order instructing the parties that, "If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as subject to protection pursuant to the stipulated protective order, the movant must notify the opposing party (or non-party) at least seven days prior to filing the designated document. The designating party must then make a good faith determination if the relevant standard for sealing is met. To the extent the designating party does not believe the relevant standard for sealing can be met, it shall indicate that the document may be filed publicly no later than four days after receiving notice of the intended filing. To the extent the designating party believes the relevant standard for sealing can be met, it shall provide a declaration supporting that assertion no later than four days after receiving notice of the intended filing" (Dkt. No. 65 at 2);

WHEREAS, Plaintiff intends to file, in support of his Opposition ("Opposition") to the Motion of Defendant Credit One Bank, N.A. ("Credit One") to Stay, Compel Arbitration and Strike Class Claims, or in the Alternative, Motion to Disqualify Plaintiff as Proposed Class Representative, Strike Class Claims and Dismiss Consumer Fraud/Deceptive Trade Practices Claim

1  (Dkt. Nos. 109, 110, 111, 112, 113), two exhibits to the Declaration of Kyle J. McGee in support of
2  Plaintiff's Opposition ("McGee Declaration");
3        WHEREAS, Credit One had designated the content of the two exhibits as confidential
4  pursuant to the stipulated protective order, dated March 31, 2015 (Dkt. # 64);
5        WHEREAS, those two documents – a set of excerpts from the deposition transcript of Gary
6  Harwood, a Credit One employee, and a document with control numbers COB000908-13 – are
7  being filed provisionally under seal as exhibits to the McGee Declaration and in connection with an
8  attendant motion to seal;
9        WHEREAS, despite his diligence in preparing his Opposition, Plaintiff was not able
10 determine precisely which documents he would submit in support of his Opposition prior to the
11 expiration of the deadlines set forth in the Court's March 31, 2015 Order;
12       WHEREAS, the parties, on August 24, 2015, telephonically met and conferred concerning
13 the confidential nature of the information contained in the two exhibits to the McGee Declaration;
14       WHEREAS, the parties agree that Credit One should be afforded an opportunity to make
15 that determination prior to the public filing of any materials designated as subject to protection
16 under the stipulated protective order;
17       WHEREAS, the parties are continuing to meet and confer in good faith regarding whether
18 the information that Credit One designated as confidential meets the relevant standard for sealing in
19 the hope that the parties can resolve this issue without further motion practice;
20       NOW, THEREFORE, the parties, by their respective undersigned counsel, and subject to
21 this Court's approval, agree and stipulate as follows:
22       1.    Credit One shall determine whether the two exhibits to the McGee Declaration
23 designated as subject to protection pursuant to the stipulated protective order meet the relevant
24 standard for sealing no later than August 31, 2015;
25       2.    Credit One shall file a notice of withdrawal of confidentiality designation or a
26 memorandum of points and authorities in support of Plaintiff's motion to seal concerning the two
27 exhibits to the McGee Declaration designated by Credit One as subject to protection pursuant to the
28 stipulated protective order no later than August 31, 2015.

DATED: August 24, 2015

**IT IS SO STIPULATED**:

| | |
|---|---|
| SHOOK & STONE, CHTD. | GRANT & EISENHOFER P.A. |
| /s/ Leonard H. Stone | /s/ Adam J. Levitt |
| LEONARD H. STONE (NV Bar No. 5791) | ADAM J. LEVITT (admitted pro hac vice) |
| MICHAEL P. O'ROURKE (NV Bar No. 6764) | KYLE J. McGEE (admitted pro hac vice) |
| 7109 S. Fourth Street | 30 N. LaSalle Street, Suite 2350 |
| Las Vegas, NV  89101 | Chicago, IL  60602 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

HOLLAND & HART LLP

/s/ Brian G. Anderson
PATRICK J. REILLY (NV Bar No. 6103)
BRIAN G. ANDERSON (NV Bar No. 10500)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Defendant*

**IT IS SO ORDERED**:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2015

3