Patrick J. Reilly (NBN 6103)
Brian G. Anderson (NBN (10500)
R. Calder Huntington (NBN 11996)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com
bganderson@hollandhart.com
rchuntington@hollandhart.com
*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a Nevada Corporation d/b/a CREDIT ONE BANK, N.A.<br><br>Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF TO MOTION TO STAY, COMPEL ARBITRATION AND STRIKE CLASS CLAIMS, OR IN THE ALTERNATIVE, MOTION TO DISQUALIFY PLAINTIFF AS PROPOSED CLASS REPRESENTATIVE, STRIKE CLASS CLAIMS AND DISMISS CONSUMER FRAUD/ DECEPTIVE TRADE PRACTICES CLAIM (Dkt. Nos. 109, 110, 111, 112, & 113)**<br><br>**(First Request)** |

Defendant Credit One Bank, N.A. ("Credit One") and Plaintiff William Bridge ("Plaintiff"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 6-1, hereby stipulate to extend the time for Credit One to file its Reply brief to its Motion to Stay, Compel Arbitration and Strike Class Claims, or in the Alternative, Motion to Disqualify Plaintiff as Proposed Class Representative, Strike Class Claims and Dismiss Consumer Fraud/Deceptive Trade Practices Act Claim ("Motion") (Dkt. Nos. 109, 110, 111, 112, & 113), filed August 7, 2015, and state as follows:

- Credit One filed its Motion on August 7, 2015 (Dkt. Nos. 109-113); Plaintiff filed his Response to the Motion on August 24, 2015 (Dkt. Nos. 119-120).

- Credit One's deadline to file a Reply brief is currently September 3, 2015.

1

8034370_1

- Due to pending discovery efforts in this matter, as well as scheduling conflicts for Credit One's counsel, Plaintiff's counsel has agreed to Credit One's request for a one week extension whereby Credit One's deadline to file Reply in support of its Motion will be extended to **September 10, 2015**.
- This Stipulation is submitted prior to the expiration of the period originally provided for the filing of Credit One's Reply to its Motion, is not interposed merely for delay, and is made in good faith between the parties hereto.
- Credit One has not made a similar prior request.

WHEREFORE, the parties agree to extend the deadline for Credit One to file its Reply to its Motion from September 3, 2015 to **September 10, 2015**.

**IT IS SO STIPULATED**:

| /s/ Brian G. Anderson | /s/ Kyle J. McGee |
|---|---|
| Patrick J. Reilly (NBN 6103) | Adam J. Levitt (admitted *pro hac vice*) |
| Brian G. Anderson (NBN 10500) | Kyle J. McGee (admitted *pro hac vice*) |
| R. Calder Huntington (NBN 11996) | GRANT & EISENHOFER P.A. |
| HOLLAND & HART LLP | 30 N. LaSalle Street, Suite 1200 |
| 9555 Hillwood Drive, 2nd Floor | Chicago, IL 60602 |
| Las Vegas, NV 89134 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

/s/ Leonard H. Stone
Leonard H. Stone (NBN 5791)
Michael P. O'Rourke (NBN 6764)
SHOOK & STONE, CHTD.
7109 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: 4 September 2015

8034370_1