UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE,<br><br>   Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>   Defendant. | Case No. 2:14-cv-01512-LDG-NJK<br><br>ORDER<br><br>(Docket No. 131) |

  Pending before the Court is Defendant's motion to extend deadline for rebuttal expert disclosures. Docket No. 131. For good cause and excusable neglect shown, the Court GRANTS Defendant's motion. The rebuttal expert disclosure deadline is hereby extended to **November 9, 2015**; the discovery deadline is hereby extended to **November 9, 2015**; and Plaintiff's deadline to file his motion for class certification is hereby extended to **December 7, 2015**.

  IT IS SO ORDERED.

  DATED: October 9, 2015.

                _____
                NANCY J. KOPPE
                United States Magistrate Judge