Patrick J. Reilly (NBN 6103)
Brian G. Anderson (NBN 10500)
R. Calder Huntington (NBN 11996)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com
bganderson@hollandhart.com
rchuntington@hollandhart.com
*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23**<br><br>**(SECOND REQUEST)** |

Defendant Credit One Bank, N.A. ("Credit One") and Plaintiff William Bridge ("Plaintiff"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 6(b)(1), and Local Rule 6-1, hereby stipulate to extend the briefing schedule related to Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel pursuant to Fed. R. Civ. P. 23 ("Motion") (Dkt. # 154), filed February 2, 2016, and state as follows:

- Plaintiff filed his Motion on February 2, 2016 and Credit One's current deadline to file a response to the Motion is scheduled for March 21, 2016. (Dkt. # 161.)

- Due to Credit One's ongoing efforts to investigate and respond to the contentions presented in the Motion, and certain conflicts with the schedules of counsel, the parties

1

have agreed to extend Credit One's deadline to file a response to Plaintiff's Motion from March 21, 2016 to **March 31, 2016**.

- The parties further agree that the deadline for Plaintiff's reply brief in further support of his Motion shall remain due on April 25, 2016; however, Credit One agrees it will not oppose a request by Plaintiff to extend his reply brief deadline by no more than 21 days.

- This Stipulation is submitted prior to the expiration of the period provided for the filing of Credit One's response to Plaintiff's Motion, is not interposed merely for delay, and is made in good faith between the parties hereto.

WHEREFORE, the parties stipulate and agree that the deadline for Credit One to file its Response to Plaintiff's Motion shall be **March 31, 2016**; and the deadline for Plaintiff to file a Reply in support of his Motion shall be **April 25, 2016**.

**IT IS SO STIPULATED**:

| /s/   Brian G. Anderson | /s/   Kyle J. McGee |
|---|---|
| Patrick J. Reilly (NBN 6103) | Adam J. Levitt (admitted *pro hac vice*) |
| Brian G. Anderson (NBN 10500) | Kyle J. McGee (admitted *pro hac vice*) |
| R. Calder Huntington (NBN 11996) | GRANT & EISENHOFER P.A. |
| HOLLAND & HART LLP | 30 N. LaSalle Street, Suite 1200 |
| 9555 Hillwood Drive, 2nd Floor | Chicago, IL  60602 |
| Las Vegas, NV  89134 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

   /s/   Leonard H. Stone
Leonard H. Stone (NBN 5791)
Michael P. O'Rourke (NBN 6764)
SHOOK & STONE, CHTD.
7109 S. Fourth Street
Las Vegas, NV  89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
SR. UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: 14 March 2016

2

8556650_1