# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a Nevada corporation, d/b/a CREDIT ONE BANK, N.A.,<br><br>    Defendant. | 2:14-cv-1512-LDG-NJK<br><br>ORDER |

Given the continuation of the motions hearing in this case to December 12, 2016, and for administrative and statistical purposes,

THE COURT HEREBY ORDERS that the following further motions are DENIED without prejudice to their reinstatement by the court upon their individual dispositions:

- ---    Plaintiff's motion for appointment of interim class counsel pursuant to Rule 23(g) (#143)
- ---    Plaintiff's motion for injunctive relief (#147)
- ---    Plaintiff's sealed motion to certify class and appointment of class counsel (#153)
- ---    Plaintiff's motion to seal motion for class certification, appointment as class representative, and appointment of class counsel (#154)

--- Defendant's motion to strike certain evidence offered in support of plaintiff's motion to certify (#177)

THE COURT FURTHER ORDERS that plaintiff's motions for hearings (#130 and #158) are DENIED as moot.

DATED this 28 day of September, 2016.

_____
Lloyd D. George
United States District Judge