Patrick J. Reilly (NBN 6103)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com

Becca Wahlquist (admitted *pro hac vice*)
SNELL & WILMER LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Phone (213) 929-2500
bwahlquist@swlaw.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>            Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO RESPOND TO NEW AUTHORITY RAISED BY PLAINTIFF FOR THE FIRST TIME ON REPLY** |

This matter is before the court on Defendant's Motion For Leave To File Sur-Reply To Respond to New Authority Raised by Plaintiff for the First Time on Reply. The Court finds there is good cause for the filing of the Sur-reply. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion For Leave To File Sur-Reply To Respond to New Authority Raised by Plaintiff for the First Time on Reply is GRANTED.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: _____ January 2017_____.

9525714_1