Patrick J. Reilly
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com

Becca Wahlquist (admitted *pro hac vice*)
SNELL & WILMER LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Phone (213) 929-2500
bwahlquist@swlaw.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>(First Request) |

## STIPULATION

The parties to the above-captioned action respectfully submit, subject to the Court's consideration and approval, the following joint Stipulation for an extension of time for Plaintiff to file his reply in support of his Motion for Reconsideration, filed on March 12, 2018:

WHEREAS, on February 26, 2018, the Court entered an order denying Plaintiff's motion for class certification (Dkt. No. 219);

WHEREAS, on March 12, 2018, Plaintiff filed a Motion for Reconsideration of the Court's order denying class certification (Dkt. No. 221);

Page 1 of 2

10846434_1

WHEREAS, on March 26, 2018, Defendant filed its Opposition to Plaintiff's Motion for Reconsideration (Dkt. No. 222);

WHEREAS, Plaintiff's reply in support of his Motion for Reconsideration is due to be filed by April 6, 2018;

WHEREAS, the Parties have been engaging in discussions that may render Plaintiff's reply moot, and render it unnecessary for the Court to consider Plaintiff's Motion for Reconsideration;

WHEREAS, the Parties have not previously requested an extension of time relating to Plaintiff's Motion for Reconsideration;

NOW, THEREFORE, the parties, by their respective undersigned counsel, and subject to the Court's approval, agree and stipulate that the deadline for Plaintiff's reply in support of his Motion for Reconsideration shall be extended to April 13, 2018.

DATED this 4th day of April, 2018.

DATED this 4th day of April, 2018.

/s/ Adam J. Levitt
Adam J. Levitt (admitted *pro hac vice*)
DICELLO LEVITT & CASEY LLC
10 N. Dearborn Street, Eleventh Floor
Chicago, Illinois 60602

Leonard H. Stone (NBN 5791)
Michael P. O'Rourke (NBN 6794)
SHOOK & STONE, CHTD.
7109 S. Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/ Patrick J. Reilly
Patrick J. Reilly
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Becca Wahlquist (admitted *pro hac vice*)
SNELL & WILMER LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

*Attorneys for Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: 6 April 2018

Page 2 of 2

10846434_1