Patrick J. Reilly
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
preilly@hollandhart.com

Becca Wahlquist (admitted *pro hac vice*)
SNELL & WILMER LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Phone (213) 929-2500
bwahlquist@swlaw.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BRIDGE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>　　　　　　　Defendant. | CASE NO.: 2:14-cv-01512-LDG-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10878580_1

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff William Bridge and Defendant Credit One Bank, N.A., that all issues in the above-captioned have been resolved and should be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 16th day of April, 2018.               DATED this 16th day of April, 2018.

/s/ Adam J. Levitt
Adam J. Levitt (admitted *pro hac vice*)
DICELLO LEVITT & CASEY LLC
10 N. Dearborn Street, Eleventh Floor
Chicago, Illinois 60602

Leonard H. Stone (NBN 5791)
Michael P. O'Rourke (NBN 6794)
SHOOK & STONE, CHTD.
7109 S. Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/ Patrick J. Reilly
Patrick J. Reilly
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Becca Wahlquist (admitted *pro hac vice*)
SNELL & WILMER LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

*Attorneys for Credit One Bank, N.A.*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 19, 2018

10878580_1